So Ordered.

Dated: December 13th, 2018

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **16-03729-FPC7** |
|---|---|
| **DEAN JOSEPH BELLAMY,** | Chapter **7** |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SETTLEMENT** |

**THIS MATTER** having come before the Court upon the Chapter 7 Trustee's Motion to Approve Settlement (the "Motion"), the Motion having been supported by the Declaration of Kevin D. O'Rourke in Support of Motion to Approve Settlement, the Motion being without opposition, it appearing that proper notice has been served to all creditors and parties in interest, the Court being fully informed and advised, the Court finding that the Settlement is reasonable under the circumstances, is in the best interest of the Estate and its creditors, and is fair and equitable, and good cause otherwise appearing for the entry of the Order;

Order-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion is **Granted**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the settlement solely of the Bankruptcy Estate's Fraudulent Transfer Claim, pursuant to 11 U.S.C. §548 and R.C.W. §19.40 *et. seq.,* arising from the Debtor's pre-petition transfer without consideration of a 2009 Canam Outlander 800 ATV to Albert Bellamy in exchange for Albert Bellamy's payment to the Chapter 7 Trustee the sum of Three Thousand Dollars ($3,000.00), is hereby **Approved**.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: */s/ Kevin O'Rourke*
    KEVIN O'ROURKE, WSBA #28912
    Attorney for the Chapter 7 Trustee

Order-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

16-03729-FPC7    Doc 112    Filed 12/13/18    Entered 12/13/18 15:07:03    Pg 2 of 2