TIMOTHY R. FISCHER, WSBA No. 40075
Winston & Cashatt Lawyers
601 W. Riverside Avenue, Suite 1900
Spokane, WA 99201
(509) 838-4458

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **16-03729-FPC7** |
|---|---|
| **DEAN JOSEPH BELLAMY,** | Chapter 7 |
| Debtor. | **WITHDRAWAL OF PROOF OF CLAIM 8-1** |

Emily Bellamy, by and through her attorney, Timothy R. Fischer, hereby withdraws the Proof of Claim filed by Emily Bellamy on August 28, 2017, under claim docket number 8-1.

DATED this 15th day of February, 2019.

WINSTON & CASHATT LAWYERS

BY: _____
TIMOTHY R. FISCHER, WSBA #40075
Attorney for Emily Bellamy

Withdrawal of Proof of Claim-1

WINSTON & CASHATT
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

16-03729-FPC7   Doc 113   Filed 02/19/19   Entered 02/19/19 14:53:57   Pg 1 of 1