# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 16-03729 | FPC7 | Judge: | Frederick P Corbit | Trustee Name: | Kevin O'Rourke |
|---|---|---|---|---|---|---|
| Case Name: | Dean Joseph Bellamy | | | | Date Filed (f) or Converted (c): | 12/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 05/31/2019 | | | | Claims Bar Date: | 08/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 18718 N Leslie Lane<br>Colbert Wa 99005-0000 Spokane | 650,000.00 | 0.00 | | 0.00 | FA |
| 2. 2628 E. Hoffman (2704 E Hoffman-Wrong address) Spokane Wa 9 | 90,000.00 | 0.00 | | 0.00 | FA |
| 3. 2008 Lexus Ls 460 | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. 2008 Ford F450 Blown Motor- Being Stored At Holland Automot | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 2004 Duckworth 22 Foot Fishing Boat | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. 2009 Canam 4 Wheeler | 1,200.00 | 0.00 | | 0.00 | FA |
| 7. Sofa X 2 300, 2 Chairs 100, Coffee Table 50, Tv 100, Lamp 10 | 4,495.00 | 0.00 | | 0.00 | FA |
| 8. Computer Mac 15 Years Old 100, Ipad 250, Mac Book Air 450, I | 1,150.00 | 0.00 | | 0.00 | FA |
| 9. 2 Prints By Dan Rickards Fly Fishing | 50.00 | 0.00 | | 0.00 | FA |
| 10. Camping 25, Fishing Rods X 4 160, Lures 70. | 255.00 | 0.00 | | 0.00 | FA |
| 11. Remington 30.06 | 100.00 | 0.00 | | 0.00 | FA |
| 12. Glock Handgun | 200.00 | 0.00 | | 0.00 | FA |
| 13. Remington 22 With Bushnell Scope | 100.00 | 0.00 | | 0.00 | FA |
| 14. Gun Safe | 150.00 | 0.00 | | 0.00 | FA |
| 15. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 16. Tools Hand Tools Worm Drive 50, Skil Saw 40, Sawzall 50, Hol | 705.00 | 0.00 | | 0.00 | FA |
| 17. Checking: Riverbank | 10.00 | 0.00 | | 0.00 | FA |
| 18. Checking and Savings: Numerica | 10.00 | 0.00 | | 0.00 | FA |
| 19. Wrongful Termination & Loss Of Future Business Income | Unknown | Unknown | OA | 0.00 | FA |
| 20. Park Road East LLC-Debtor Had A 33% Interest In The LLC. | 40,000.00 | Unknown | OA | 0.00 | FA |
| 21. Civil Liberty Case Against Spokane County Sheriff. | Unknown | Unknown | OA | 0.00 | FA |
| 22. 89,000 shares of Riverbank Holding Company Stock (u) | 0.00 | 178,000.00 | | 178,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-03729 | FPC7 | Judge: | Frederick P Corbit | Trustee Name: | Kevin O'Rourke |
|---|---|---|---|---|---|---|
| Case Name: | Dean Joseph Bellamy | | | | Date Filed (f) or Converted (c): | 12/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 05/31/2019 | | | | Claims Bar Date: | 08/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Fraudulent Transfer of 2002 Crownline 225 Bowrider (u) | 0.00 | 15,000.00 | | 10,000.00 | FA |
| 24. Void-Same as asset #2. Address on Petition in error. | 0.00 | N/A | | 0.00 | FA |
| 25. Fraudulent Transfer of 2009 Canam 4 Wheeler (Asset #6) and Utility Trailer (u) | 7,200.00 | 7,200.00 | | 9,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $853,125.00 | $200,200.00 | | $197,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On December 13, 2018, the Court entered two (2) separate Order Granting Motion to Approve Settlement [ECF 111, 112]. The Chapter 7 Trustee will be filing a final fee application and submitting the TFR for the current projected date of August 30, 2019. [6.13.19 KDO)

On April 26, 2018, the Court entered the Order Approving Sale of Boat and Trailer by Public Auction Free and Clear of Any Claims, Liens, or Interests, and Shortening Time Period to Object [ECF 86]. Trustee is investigating and analyzing potential fraudulent transfers for the benefit of creditors of the estate. (10.30.18 KDO)

On October 20, 2017, Trustee obtained an Order Granting Chapter 7 Trustee's Motion Authorizing the Sale and Transfer of Estate Property Free and Clear of All Claims, Liens, or Interests [Docket No. 58], authorizing Trustee to sell the Estate's interest in 89,000 shares of River Bank Holding Company stock for the sales price of $178,000.00. Trustee is also trying to recover and/or settle the fraudulent transfer of a 2002 Crownline 225 Bowrider boat for the benefit of creditors of the estate. (10.26.17 KDO)

On or about April 20, 2018, Trustee sold the 2002 JTC boat, VIN JTC47744E202, pursuant to the Order Approving Sale of Boat and Trailer by Public Auction Free and Clear of Any Claims, Liens, or Interests, and Shortening Time Period to Object entered by the Court on April 26, 2018 [ECF 86].

Initial Projected Date of Final Report (TFR): 12/28/2018    Current Projected Date of Final Report (TFR): 08/30/2019

Trustee Signature:    /s/ Kevin O'Rourke    Date: 06/19/2019

Kevin O'Rourke
Southwell & O'Rourke, P.S.
421 W. Riverside Avenue, Suite 960
Spokane, WA  99201
kevin@southwellorourke.com

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-03729  
Case Name: Dean Joseph Bellamy  
Taxpayer ID No: XX-XXX2507  
For Period Ending: 05/31/2019  

Trustee Name: Kevin O'Rourke  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5339  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 11/01/17 | 22 | James T. Welsh<br>5423 S Quail Ridge Cir<br>Spokane, WA 99223-6387 | Bellamy Stock | | 1229-000 | $44,500.00 | | $44,500.00 |
| 11/07/17 | 22 | Casey Colley<br>3130 Barona Road<br>Palm Springs, CA 92264 | Proceeds from Sale of 22,250 RB Stocks from Dean Bellamy Estate | | 1129-000 | $44,500.00 | | $89,000.00 |
| 11/14/17 | 22 | William J. Lawson | Proceeds from Sale of 22,250 RB Stocks from Dean Bellamy Estate per Order [Dkt 58] | | 1129-000 | $44,500.00 | | $133,500.00 |
| 11/14/17 | 22 | Ronald and Barbara Wachter | Proceeds from Sale of 22,250 RB Stocks from Dean Bellamy Estate per Order [Dkt 58] | | 1129-000 | $44,500.00 | | $178,000.00 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $179.22 | $177,820.78 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $264.51 | $177,556.27 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $264.21 | $177,292.06 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $238.32 | $177,053.74 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $263.44 | $176,790.30 |
| 05/23/18 | | Reinland Equipment Auction<br>PO Box 2545<br>Post Falls, ID 83877 | Auction Proceeds per Order Approving Sale of Boat and Trailer by Public Auction Free and Clear of Any Claims, Liens, or Interests, and Shortening Time Period to Object [ECF 86] | | | $8,700.00 | | $185,490.30 |
| | | | Gross Receipts | $10,000.00 | | | | |
| | | Reinland Auctions<br>2618 N. Beck Road<br>Post Falls, ID 83854 | Auctioneer Commission | ($1,000.00) | 3610-000 | | | |

Page Subtotals: $186,700.00 $1,209.70

16-03729-FPC7    Doc 114    Filed 06/19/19    Entered 06/19/19 11:40:07    Pg 4 of 7

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-03729  
Case Name: Dean Joseph Bellamy  
Taxpayer ID No: XX-XXX2507  
For Period Ending: 05/31/2019  

Trustee Name: Kevin O'Rourke  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5339  
Checking  
Blanket Bond (per case limit): $59,128,572.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Reinland Auctions<br>2618 N. Beck Road<br>Post Falls, ID 83854 | Auctioneer Expenses ($300.00) | 3620-000 | | | |
| | 23 | | Fraudulent Transfer of 2002 Crownline 225 Bowrider $10,000.00 | 1229-000 | | | |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.59 | $185,235.71 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.01 | $184,969.70 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.36 | $184,703.34 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.83 | $184,428.51 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.46 | $184,154.05 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $265.19 | $183,888.86 |
| 11/01/18 | 25 | Albert and Carmon Bellamy<br>6904 N. Calispel St<br>Spokane, WA 99208 | Fraudulent Transfer 2009 Canam 4 Wheeler & Utility Trailer | 1241-000 | $6,500.00 | | $190,388.86 |
| 11/16/18 | 25 | Albert and Carmon Bellamy<br>6904 N. Calispel St<br>Spokane, WA 99208 | Fraudulent Transfer 2009 Canam 4 Wheeler | 1241-000 | $3,000.00 | | $193,388.86 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $273.62 | $193,115.24 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $275.19 | $192,840.05 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $286.95 | $192,553.10 |
| | | | Page Subtotals: | | $9,500.00 | $2,437.20 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-03729  
Case Name: Dean Joseph Bellamy  
Trustee Name: Kevin O'Rourke  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX5339  
Checking  

Taxpayer ID No: XX-XXX2507  
Blanket Bond (per case limit): $59,128,572.00  
For Period Ending: 05/31/2019  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $286.52 | $192,266.58 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $196,200.00 | $3,933.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $196,200.00 | $3,933.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $196,200.00 | $3,933.42 |

Page Subtotals: $0.00 $286.52

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5339 - Checking | $196,200.00 | $3,933.42 | $192,266.58 |
|  | $196,200.00 | $3,933.42 | $192,266.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,300.00 |
|---|---|
| Total Net Deposits: | $196,200.00 |
| Total Gross Receipts: | $197,500.00 |

Trustee Signature: /s/ Kevin O'Rourke    Date: 06/19/2019

Kevin O'Rourke
Southwell & O'Rourke, P.S.
421 W. Riverside Avenue, Suite 960
Spokane, WA  99201
kevin@southwellorourke.com

Page Subtotals: $0.00 $0.00